FILED 17 OCT '23 16:40 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:23-cr-335-MO |
| v. | INDICTMENT |
| ALONDRA STEPHANIE TRUJILLO, | 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| Defendant. | |
| | Forfeiture Allegation |
| | UNDER SEAL |

### THE GRAND JURY CHARGES:

### COUNT 1
### (Unlawful Distribution of Fentanyl)
### (21 U.S.C. § 841(a)(1), (b)(1)(C))

On or about July 11, 2020, in the District of Oregon, defendant **ALONDRA STEPHANIE TRUJILLO**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of N-phenyl-N- [1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide (fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

//

//

//

**Indictment**  **Page 1**

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count One in this indictment, defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting, or derived from any proceeds obtained, directly or indirectly, as a result of the aforesaid violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation alleged in the offense set forth in Count One of this Indictment.

Dated: October 17, 2023

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:
NATALIE K. WIGHT
United States Attorney

CASSADY A. ADAMS, CO Bar #48807
Assistant United States Attorney

**Indictment**                                                                                          **Page 2**